

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
12/08/2017

| | | |
|---|---|---|
| InRe: | § | Case No.09-20611 |
| PAUL CARRANZA | § | |
| AND ORALIA CARRANZA | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## Order for Payment of Unclaimed Funds

(Docket No. 73)

Upon the application of Bailey Peavy Bailey, LLC, seeking payment of $39,021.93 representing funds previously unclaimed by

   Bailey Peavy Bailey, LLC
   3737 Buffalo Speedway, Suite 1850
   Houston, Texas, 77098

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Bailey Peavy Bailey, LLC is entitled to the unclaimed funds, it is

   Ordered that the Clerk pay $39,021.93 to:

   Bailey Peavy Bailey, LLC
   3737 Buffalo Speedway, Suite 1850
   Houston, Texas, 77098

**Signed: December 08, 2017.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE