UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF  TEXAS
CORPUS CHRISTI  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Paul Carranza | § | Case No. 09-20611 |
| Oralia Carranza | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL B. SCHMIDT, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 123,720.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  36,065.40 | Claims Discharged Without Payment:  174,131.27 |
| Total Expenses of Administration: 63,934.60 | |

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 100,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 98,139.36 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 63,934.60 | 63,934.60 | 63,934.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,675.75 | 78,973.24 | 78,973.24 | 36,065.40 |
| TOTAL DISBURSEMENTS | $ 146,815.11 | $ 142,907.84 | $ 142,907.84 | $ 100,000.00 |

     4) This case was originally filed under chapter 7 on 09/21/2009. The case was pending for 102 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2018     By:/s/MICHAEL B. SCHMIDT, Chapter 7 Trustee
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Lawsuit of wife | 1249-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Financial P.O. Box 6931 The Lakes, NV 88901-6931 | | 96,950.36 | NA | NA | 0.00 |
| | First Investors Servicing Corporation P.O. Box 740512 Atlanta, GA 30374-0512 | | 1,189.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 98,139.36** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael B Schmidt | 2100-000 | NA | 8,250.00 | 8,250.00 | 8,250.00 |
| Michael B Schmidt | 2200-000 | NA | 215.27 | 215.27 | 215.27 |
| International Sureties, Ltd. | 2300-000 | NA | 13.82 | 13.82 | 13.82 |
| Administration expenses | 2500-000 | NA | 981.00 | 981.00 | 981.00 |
| Lien Resolution Fees | 2500-000 | NA | 5,389.19 | 5,389.19 | 5,389.19 |
| MDL common benefit fee | 2500-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Law Offices of Michael B. Schmidt | 3110-000 | NA | 4,967.50 | 4,967.50 | 4,967.50 |
| Law Offices of Michael B. Schmidt | 3120-000 | NA | 95.89 | 95.89 | 95.89 |
| Bailey Peavey Bailey PPLC | 3210-000 | NA | 39,021.93 | 39,021.93 | 39,021.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 63,934.60 | $ 63,934.60 | $ 63,934.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance America 6601 Everhart Road Ste 5 Corpus Christi, TX  78413 | | 1,240.41 | NA | NA | 0.00 |
| | Alliance One Receivables Management P.O. Box 3102 Southeastern, PA  19398-3102 | | 333.34 | NA | NA | 0.00 |
| | Beneficial P.O. Box 4153-K Carol Stream, IL  60197-4153 | | 13,228.84 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 60599 City Of Industry, CA 91816-0599 | | 969.44 | NA | NA | 0.00 |
| | Card Services P.O. Box 13337 Philadelphia, PA  19101-3337 | | 768.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Finance 2701 Morgan Avenue Suite 300 Corpus Christi, TX 78405 | | 418.00 | NA | NA | 0.00 |
| | Chase Cardmember Service P.O. Box 94014 Palatine, IL 60094 | | 2,768.64 | NA | NA | 0.00 |
| | Citi Financial 6537 South Staples Corpus Christi,, TX 78413 | | 1,080.00 | NA | NA | 0.00 |
| | Discover P.O. Box 60136 City Of Industry, CA 91716-0136 | | 1,241.58 | NA | NA | 0.00 |
| | Dr. Tilman Richards 5426 Holly Road Corpus Christi, TX 78411 | | 1,132.91 | NA | NA | 0.00 |
| | DSRM National Bank P.O. Box 300 Amarillo, TX 79105-0300 | | 1,242.04 | NA | NA | 0.00 |
| | Exchange Credit Program P.O. Box 650410 Dallas, TX 75265-0410 | | 722.00 | NA | NA | 0.00 |
| | Exchange Credit Program P.O. Box 650410 Dallas, TX 75265-0410 | | 708.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Investors Servicing Corporation P.O. Box 740512 Atlanta, GA  30374-0512 | | 1,031.71 | NA | NA | 0.00 |
| | HSBC Card Services P.O. Box 60102 City Of Industry, CA  91718-0102 | | 1,030.00 | NA | NA | 0.00 |
| | HSBC Payment Center P.O. Box 60136 City Of Industry, CA  91716 | | 1,049.40 | NA | NA | 0.00 |
| | I..C. System Inc P.O. Box 64437 St. Paul, MN  55164-0437 | | 603.80 | NA | NA | 0.00 |
| | Integrity Funding 84 Villa Road Greenville, SC  29615 | | 843.64 | NA | NA | 0.00 |
| | J.C. Penney P.O.Box 960090 Orlando, FL  32896-0090 | | 390.35 | NA | NA | 0.00 |
| | Lowe's P.O. Box 530914 Atlanta, GA  30353-0914 | | 440.53 | NA | NA | 0.00 |
| | SST Card Services P.O. Box 23060 Columbus, OH  31902-3060 | | 583.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target P.O. Box 59317 Minneapolis, MN 55459-0317 | | 933.16 | NA | NA | 0.00 |
| | Valero Credit Card Center P.O. Box 631 Amarillo, TX 79105-0631 | | 0.00 | NA | NA | 0.00 |
| | Walmart P.O. Box 530927 Atlanta, GA 30353-0927 | | 324.67 | NA | NA | 0.00 |
| 1 | Aafes/Mil Star/Exchange | 7100-000 | NA | 3,785.55 | 3,785.55 | 3,785.55 |
| 5 | Aafes/Mil Star/Exchange | 7100-000 | 8,798.99 | 16,748.52 | 16,748.52 | 16,748.52 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,961.62 | 3,996.62 | 3,996.62 | 3,996.62 |
| 3 | Candica L. L. C. | 7100-000 | 986.00 | 986.55 | 986.55 | 986.55 |
| 4 | Ford Motor Credit Company, Llc | 7100-000 | 1,845.07 | 6,601.00 | 6,601.00 | 6,601.00 |
| 7 | Cindy Boudloche, Chapter 13 Trustee | 7200-000 | NA | 46,855.00 | 46,855.00 | 3,947.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,675.75 | $ 78,973.24 | $ 78,973.24 | $ 36,065.40 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-20611 | DRJ | Judge: | David R Jones | Trustee Name: | MICHAEL B. SCHMIDT, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Paul Carranza | | | | Date Filed (f) or Converted (c): | 09/21/2009 (f) |
| | Oralia Carranza | | | | 341(a) Meeting Date: | 11/06/2009 |
| For Period Ending: | 02/20/2018 | | | | Claims Bar Date: | 03/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. house and lot 6801 Meadowbreeze Parkway, Corpus Christi, Tex | 115,000.00 | 18,049.64 | | 0.00 | FA |
| 2. Coastal Community Teachers Credit Union | 20.00 | 20.00 | | 0.00 | FA |
| 3. furniture, appliances, tvs, blankets, dishes, lamps, lampsta | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 5. costume jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 6. VA retirement | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2004 Toyota Camry | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 8. PI Lawsuit of wife (u) | 0.00 | 0.00 | | 100,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $123,720.00   $26,769.64   $100,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case possible settlement
NA 1/22/10
orig discharge 2/18/2010; final 2/22/2010

waiting on settlement proceeds, we have not yet received the funds. this is the only asset in this case. - Lisa Perez 7/29/2016

NOTE: DEBTORS FILED BANKRUPTCY IN CHAPTER 13 AND ANY REMAINING FUNDS GOES TO THE CHAPTER 13 TRUSTEE

3/15/17 Objections to claims filed; hearing 3/30; Special Counsel will need to file their fee app; Attorney for Trustee to file his after hearing

RE PROP #   8   --   Settlement reached

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-20611 | Trustee Name: | MICHAEL B. SCHMIDT, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Paul Carranza | Bank Name: | First National Bank - Vinita |
| | Oralia Carranza | Account Number/CD#: | XXXXXX2749 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5305 | Blanket Bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 02/20/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/17 | | 2014 AMS Qualified Settlment Fund C/O American Deposit Management Co PO Box 180258 Delafield, WI 53018 | Settlement per order #50 on PI case Settlment $100,000.00 less fees and exp for MDL | | $88,629.81 | | $88,629.81 |
| | | | Gross Receipts  $100,000.00 | | | | |
| | | MDL common benefit fee | ($5,000.00) | 2500-000 | | | |
| | | Administration expenses | ($981.00) | 2500-000 | | | |
| | | Lien Resolution Fees | ($5,389.19) | 2500-000 | | | |
| | 8 | | PI Lawsuit of wife  $100,000.00 | 1249-000 | | | |
| 05/15/17 | 101 | Law Offices of Michael B. Schmidt 401 Grant Place Corpus Christi, Tx 78411 | Attorney Fees & Expenses per order #64 Exp $9589 Fee $957.50 | | | $5,063.39 | $83,566.42 |
| | | Law Offices of Michael B. Schmidt | ($95.89) | 3120-000 | | | |
| | | Law Offices of Michael B. Schmidt | ($4,967.50) | 3110-000 | | | |
| 08/08/17 | 102 | Bailey Peavey Bailey, PPLC | Attorney fees & expenses per order #66 55 Waugh, Ste 803 Houston, Tx 77007 | 3210-000 | | $39,021.93 | $44,544.49 |
| 09/27/17 | 102 | Bailey Peavey Bailey, PPLC | Attorney fees & expenses per order #66 Reversal 55 Waugh, Ste 803 Houston, Tx 77007 | 3210-000 | | ($39,021.93) | $83,566.42 |
| 09/27/17 | 103 | Registry of the Court | | 3210-000 | | $39,021.93 | $44,544.49 |
| 10/02/17 | 104 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, La 70139 | Blanket Bond for 2017 | 2300-000 | | $13.82 | $44,530.67 |

| | | | Page Subtotals: | | $88,629.81 | $44,099.14 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-20611 | Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee |
| Case Name: Paul Carranza | Bank Name: First National Bank - Vinita |
| Oralia Carranza | Account Number/CD#: XXXXXX2749 |
| | Checking |
| Taxpayer ID No: XX-XXX5305 | Blanket Bond (per case limit): $69,990,000.00 |
| For Period Ending: 02/20/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/18 | 105 | Michael B Schmidt<br>Michael B Schmidt<br>401 Grant<br>Corpus Christi, TX  78411 | Final distribution trustee fee&<br>exp per roder #81<br>Fee $8250.00<br>Exp. $215.27 | | | $8,465.27 | $36,065.40 |
| | | Michael B Schmidt | Final distribution representing a    ($8,250.00)<br>payment of 100.00 % per court<br>order. | 2100-000 | | | |
| | | Michael B Schmidt | Final distribution representing a    ($215.27)<br>payment of 100.00 % per court<br>order. | 2200-000 | | | |
| 01/12/18 | 106 | Aafes/Mil Star/Exchange<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final distribution to claim 1<br>representing a payment of<br>100.00 % per court order.#55 | 7100-000 | | $3,785.55 | $32,279.85 |
| 01/12/18 | 107 | Candica L. L. C.<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 3<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $986.55 | $31,293.30 |
| 01/12/18 | 108 | Ford Motor Credit Company, Llc<br>Dept. 55953<br>P.O. Box 55000<br>Detroit, Mi 48255-0953 | Final distribution to claim 4<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $6,601.00 | $24,692.30 |
| 01/12/18 | 109 | Aafes/Mil Star/Exchange<br>C/O Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, Tx 75380 | Final distribution to claim 5<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $16,748.52 | $7,943.78 |
| 01/12/18 | 110 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee, LLPP.O. Box 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $3,996.62 | $3,947.16 |
| 01/12/18 | 111 | Cindy Boudloche, Chapter 13 Trustee<br>555 N. Carancahua, Suite 600<br>Corpus Christi, Texas 78401-0823 | Final distribution to claim 7<br>representing a payment of 8.42<br>% per court order. #50 | 7200-000 | | $3,947.16 | $0.00 |
| | | | COLUMN TOTALS | | $88,629.81 | $88,629.81 | |
| | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
| | | | Page Subtotals: | | $0.00 | $44,530.67 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

|  |  |  |
|---|---:|---:|
| Subtotal | $88,629.81 | $88,629.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $88,629.81 | $88,629.81 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2749 - Checking | $88,629.81 | $88,629.81 | $0.00 |
|  | $88,629.81 | $88,629.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $11,370.19 |
| Total Net Deposits: | $88,629.81 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals: $0.00  $0.00